Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA 94618
Telephone: (510) 601-1309
Email: craigabrandt@att.net

Attorneys for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CARDINAL PAINT AND POWDER, INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 4:23-cv-01082-KAW<br><br>**STIPULATION TO DISMISS ENTIRE ACTION AGAINST DEFENDANT WITH PREJUDICE; AND [PROPOSED] ORDER FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT.**<br><br>**FRCP 41(a)(2)**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, et seq.)** |

WHEREAS, Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC ("EDEN") Defendant CARDINAL PAINT AND POWDER, INC, by and through their attorneys of record, hereby enter into this Stipulation to Dismiss Plaintiff's Complaint and all claims against Defendants with prejudice.

WHEREAS, Plaintiff and Defendant (the "Parties") have entered into a confidential settlement agreement that achieves a full and final settlement of all Plaintiff's claims against Defendant as set forth in the Complaint filed in this matter on March 10, 2023 (Docket No. 1).

WHEREAS, on June 7, 2023, the Parties filed a Notice of Settlement notifying the Court that the Parties had reached a full settlement to resolve all outstanding issues in this action (Docket No. 9.)

WHEREAS, on June 26, 2023, Plaintiff served a copy of the confidential settlement agreement on the United States Department of Justice ("DOJ") for the mandatory 45-Day review

period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5.

WHEREAS, the DOJ has determined the expiration date for the 45-Day review period is July 17, 2023.

WHEREAS, the statutory agency period of review has now expired without any objection being lodged by the DOJ. (Docket No. 11.)

WHEREAS, the Settling Parties are hereby stipulating to and herein requesting an order from this Court (1) dismissing with prejudice all Plaintiff's claims as to Defendant, and (2) concurrently retaining jurisdiction over this matter for purposes of dispute resolution and enforcement of the confidential settlement agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that Plaintiff's Complaint and all claims against Defendant shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Parties respectfully request an order from this Court dismissing such claims with prejudice, with each side to bear their own attorney fees and costs, except as provided for by the terms of the Confidential Settlement Agreement.  The Parties further request that this Court retain jurisdiction over the Parties with respect to disputes arising under the terms of the confidential settlement agreement.

IT IS SO STIPULATED AND AGREED.

Dated: July 18, 2023                                   Respectfully,

                                                       By: */s/ Craig A. Brandt*
                                                           Craig A. Brandt
                                                           Attorney for Plaintiff

Dated:  July 18, 2023

                                                       By: */s/ Jennifer T. Taggart*
                                                           Jennifer T. Taggart, Partner
                                                           Attorney for Defendant

*\* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

# [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

The Complaint filed in this matter by Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, and all claims against Defendant CARDINAL PAINT AND POWDER, INC are hereby dismissed in their entirety with prejudice.  Each party is to bear their own attorney fees and costs, except as provided for in the confidential settlement agreement.

The Court shall retain and have jurisdiction over the Parties with respect to dispute resolution and enforcement under the settlement agreement. The Parties are to notify the Court if the agreement terminates early.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2023

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge